HERBERT F. L. FUNKE, Appellant, v. COMPANIA TRASATLANTICA, Respondent. — Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

THEODORE B. HENNENLOTTER, as Trustee in Bankruptcy of HENRY GREENE and Others, Appellants, v. HENRY SEINFEL and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

In the Matter of the Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Located in the Borough of Richmond, City of New York, Required in Connection with the Construction of the Freight and Passenger Tunnel between the Boroughs of Brooklyn and Richmond in the City of New York, Duly Selected According to Law.— Motion to direct payment of award granted upon presentation of an order approved as to form by the corporation counsel.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

In the Matter of the Application of MARY A. McKAHAN for Payment of Award for Lot 11 in Block No. 4743 in the Decree of the Court in the Proceedings to Acquire Title by the CITY OF NEW YORK to Certain Lands and Premises Located on the Easterly Side of East Fifty-eighth Street, between Beverly Road and Tilden Avenue, in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to the Law.— Motion to direct payment of award granted.  Submit order, to be approved as to form by the corporation counsel.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

In the Matter of the Estate of JENS PEDERSEN, Deceased.  GUSTAVE M. TENNGREN, Claimant, Appellant, Respondent; GEORGE BECH, Consul General of the Kingdom of Denmark at New York, Appellant, Respondent; NATHAN O. PETTY, Special Guardian, Respondent; GUSTAVE M. TENNGREN, as Executor, etc., of JENS PEDERSEN, Deceased, Respondent.— Motion to compel acceptance of notice of appeal denied.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

In the Matter of the Application of JOHN READY, Relator, for a Certiorari Order, v. WILLIAM A. O'ROURKE and Others, as Police Commissioners of the Town of Eastchester, Westchester County, New York, Respondents.—Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

In the Matter of the Proposed Incorporation of the VILLAGE OF BELLE TERRE. — Motion for reargument of motion to dismiss appeal denied, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

JESSE KLEIN, Respondent, v. JOSEPH M. KLEIN, Appellant.— Motion for stay granted.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.